FILED
CLERK, U.S. DISTRICT COURT

MAR 15 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS SILVERSTEIN AND J.S., <br><br> Plaintiffs, <br><br> vs. <br><br> ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, <br><br> Defendant. | Case No.: CV 12-0365-E <br><br> [~~PROPOSED~~] ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1) |

Based upon the stipulation of the parties, and for good cause shown:

IT IS HEREBY ORDERED that this action, Case No. CV 12-0365-E is dismissed in its entirety, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

DATED: 3/15/13      BY: _____

Honorable Charles F. Eick
United States Magistrate Judge

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

[PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)